## CALENDAR: MAGISTRATE JUDGE'S PROCEEDING

BEFORE: **LEVY, R., USMJ**        DATE: **October 3, 2022**   TIME: **4:00 p.m.-4:33 p.m.**

DOCKET# **22 CR 411**

DEFT NAME: **John Lhota**

**X** present   ___ not present   **X** custody   ___ bail

DEFENSE COUNSEL: **Mark Lesko; Daniel Filor**
**X** present   ___ not present   ___ CJA   **X** FD   ___ RET

INTERPRETER(s): **N/A**

AUSA: **John O. Enright; Eric Silverberg**        COURT REPORTER: **Nicky Barna**

CLERK: **Allison Marculitis**

**X** CASE CALLED CRIMINAL CAUSE FOR:

**X** Arraignment              ___ Waiver of Speedy Trial/Indictment

___ Detention Hearing        **X** Bail Hearing

___ Removal Hearing          ___ Other: Bond Revocation Hearing

****************************************************************

**ORDER:**

**X**   Defendant arraigned on the indictment.

**X**   Defendant pleads NOT GUILTY to ALL counts.

___   Permanent detention order entered with leave to reapply in the future.

___   Surety sworn and advised of obligations on bond; signature approved.

___   Bond issued.

___   Defendant released.

___   Bond revoked.

___   Time is excluded as per the order of excludable delay to___

**OTHER RULINGS:** Government is to visit the proposed inpatient facility before next proceeding. Next in-person conference scheduled for Friday, October 7, 2022 at 2:00 p.m. The transcript is sealed as it relates to defendant's medical history.

-1-