## CALENDAR: MAGISTRATE JUDGE'S PROCEEDING

BEFORE: **LEVY, R., USMJ**      DATE: **October 7, 2022**  TIME: **2:24 p.m.-3:32 p.m.**

DOCKET# **22 CR 411**

DEFT NAME: **John Lhota**

 **X**  present    ___not present     **X** custody    ___bail

DEFENSE COUNSEL: **Mark Lesko; Daniel Filor**
 **X**  present   ___not present      ___CJA    **X** FD      ___RET


INTERPRETER(s): **N/A**

AUSA: **John O. Enright**       COURT REPORTER: **Charleane Heading**

CLERK: **Allison Marculitis**


 **X** CASE CALLED CRIMINAL CAUSE FOR:

___ Arraignment              ___ Waiver of Speedy Trial/Indictment

___Detention Hearing          **X** Bail Hearing

___ Removal Hearing           ___ Other: Bond Revocation Hearing

*******************************************************************

**ORDER:**

___  Defendant arraigned on the indictment.

___  Defendant pleads NOT GUILTY to ALL counts.

___  Permanent detention order entered with leave to reapply in the future.

___  Surety sworn and advised of obligations on bond; signature approved.

 **X**  Bond issued.

___  Defendant released.

___  Bond revoked.

 **X**  Time is excluded as per the order of excludable delay to October 28, 2022.


**OTHER RULINGS:** The portions of the transcript that relate to defendant's medical information are sealed. An order setting conditions of release and appearance bond will be filed upon counsel's notification to chambers confirming the logistics of defendant's transfer to the inpatient facility. Additional conditions will be attached to the release order.

-1-