# CALENDAR: MAGISTRATE JUDGE'S PROCEEDING

BEFORE: **LEVY, R., USMJ**  DATE: **November 7, 2022** TIME: **1:12 p.m. – 1:40 p.m.**

DOCKET# **22 CR 00411 (FB)(RML)**

DEFT NAME: **John Lhota**

**X** present ___ not present   ___ custody **X** bail

DEFENSE COUNSEL: **Mark Lesko, Dan Filor, Doug Stern**

**X** present ___ not present   ___ CJA **X** FD **X** RET

INTERPRETER(s): **N/A**

AUSA: **John Enright** COURT REPORTER: **N/A**

CLERK: **Allison Marculitis**

**X** CASE CALLED CRIMINAL CAUSE FOR:

___ Status Conference  ___ Waiver of Speedy Trial/Indictment

___ Detention Hearing  **X** Bail Application

___ Removal Hearing  ___ Other: Bond Revocation Hearing

******************************************************************

**ORDER:**

___ Temporary detention order entered and detention hearing set for ___/___/___ before Judge _____ at _____

___ Bail package presented by defendant; application denied.

___ Permanent detention order entered with leave to reapply in the future.

___ Surety sworn and advised of obligations on bond; signature approved.

___ Bond issued.

___ Defendant released (after advised of penalties/sanctions for non-compliance with conditions of bond).

___ Bond revoked.

___ Parties will continue plea negotiations. Next Conference at_____

___ Time is excluded as per the order of excludable delay to

**X** Transcript is sealed as to the portions that relate to defendant's medical information.

**OTHER RULINGS:** Pretrial Services will provide Defendant's passport card to the security escorts for Defendant's admission to Memorial Hospital in Hollywood, Florida. Defendant's passport card will thereafter be returned to Pretrial Services in New York. The parties will

1

<u>coordinate with Pretrial Services to execute the modified bond and will provide the executed bond to the Court for final approval.</u>