UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
    United States of America    :
                                            :
                      - against -          :          22 CR 411
                                          :
    John Lhota                       :
------------------------------------------------------x

ROBERT M. LEVY, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE ROBERT M. LEVY

    United States Magistrate Judge Robert M. Levy has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Robert M. Levy. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Robert M. Levy.

_____
Defendant

_____
Attorney for the Defendant

By: _____
    Assistant United States Attorney

Dated:   1/18/24
       Brooklyn, New York