# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** <u>**MAGISTRATE JUDGE LEVY**</u>   **DATE:** <u>January 18, 2024</u>

<u>  22  </u> **CR** <u>  411  </u>   <u>United States v. John Lhota</u>

**DEFENDANT:** <u>    JOHN LHOTA    </u>
<u>  X  </u> present  ___ not present   ___ cust.   <u>  **X**  </u> bail

**DEFENSE COUNSEL:** <u>Dan Filor, Mark Lesko</u>
<u>  X  </u> present  ___ not present   ___ CJA   <u>  **X**  </u> RET   ___ FD

**AUSA:** <u> John Enright</u>   **CLERK:** <u> Allison Marculitis</u>

**INTERPRETER:** <u>   (Language: )</u>

**START / END TIME:** <u> 2:49 p.m. – 3:26 p.m.</u>   (Court Reporter: Sophie Nolan )

<u>  X  </u> CASE CALLED   ___ DEFT'S FIRST APPEARANCE
**DEFT:** <u>  X  </u> SWORN   <u>  X  </u> ARRAIGNED  <u>  X  </u> INFORMED OF RIGHTS

<u>  X  </u> WAIVER OF INDICTMENT FILED
<u>  X  </u> INFORMATION FILED
<u>  X  </u> DEFT. ENTER GUILTY PLEA TO THE SUPERSEDING INFORMATION
___ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT SIX OF THE INDICTMENT
<u>  X  </u> COURT FINDS FACTUAL BASIS FOR THE PLEA
___ SENTENCING SET AT A LATER DATE
<u>  X  </u> SENTENCING TO BE SET BY PROBATION
___ BAIL: ___ SET  <u>  X  </u> CONT'D FOR DEFT.   ___ CONT'D IN CUSTODY
___ CASE ADJOURNED TO_____AT
<u>  X  </u> TRANSCRIPT ORDERED: copy requested to be emailed to the courtroom deputy of Judge Block.

**OTHER:** <u>Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. Judge Levy recommends that the plea of guilty to the Superseding Information be accepted.</u>